IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                                                         PLAINTIFF

v.                    Civil No. 11-2132

SGT. RITTER; OFFICER
KREGGER; CAPTAIN CONGER;
OFFICER WAGNER; OFFICER
COODY; INMATE JEREMY MIMMES;
OFFICER PARTAIN; NURSE CARREN;
and NURSE LARRA                                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Randy L. Turpen, filed this civil rights action in the Eastern District of Arkansas. By order entered on July 21, 2011, the case was transferred to this district. On the same date, Plaintiff filed another civil rights action in this district, *Turpen v. Ritter et al.,* Civil No. 11-2133.

Plaintiff has now filed a motion to dismiss (Doc. 9) this case on the grounds it is duplicative of Civil No. 11-2133. I recommend that the motion to dismiss (Doc. 9) be granted and this case dismissed without prejudice.

**Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of October 2011.

                                                    /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)