IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                                                                                    PLAINTIFF

v.                                            Case No. 2:11-CV-02132

SGT. RITTER; OFFICER KREGGER;
CAPTAIN CONGER; OFFICER WAGNER;
OFFICER COODY; INMATE JEREMY
MIMMES; OFFICER PARTAIN; NURSE
CARREN; and NURSE LARRA                                                                           DEFENDANTS

**O R D E R**

    Currently before the Court is the Report and Recommendations (Doc. 10) filed in this case on October 7, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

    The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, Plaintiff's Motion to Dismiss (Doc. 9) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). Any other motions which remain pending in this case are DENIED AS MOOT.

    IT IS SO ORDERED this 9th day of December, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE